# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00278-CV

**Gerald McMillan, Appellant**

**v.**

**Kary Aycock, Jerad Kolarik, and Little City Investments, LLC, Appellees**

### FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-17-006729
### THE HONORABLE AMY CLARK MEACHUM, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant's brief on appeal was originally due June 21, 2018. On appellant's motions, the time for filing was extended to September 17, 2018. Appellant has now filed a third motion, requesting that the Court extend the time for filing appellant's brief. We grant in part the motion for extension of time and order appellant to file a brief no later than October 19, 2018. No further extension of time will be granted and failure to comply with this order may result in dismissal of this appeal. *See* Tex. R. App. P. 38.8(a).

It is ordered on September 19, 2018.

Before Justices Puryear, Goodwin, and Bourland